IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                              No. CR 10-3463 JB

EDDIE CHACO, JR.,

    Defendant.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the United States' Motion in Limine Requesting Defendant Be Prohibited from Proffering a "False Memory" Defense at Trial, filed August 3, 2011 (Doc. 72). The primary issue is whether the Court should prohibit Defendant Eddie Chaco, Jr. from offering a "false memory" or similar defense at trial. Chaco "does not oppose the United States' Motion in Limine." Defendant's Response to United States' Motion in Limine Requesting Defendant from Proffering a "False Memory" Defense at Trial at 1, filed August 3, 2011 (Doc. 74). According, the Court grants the motion.

**IT IS ORDERED** that the United States' Motion in Limine Requesting Defendant Be Prohibited from Proffering a "False Memory" Defense at Trial, filed August 3, 2011 (Doc. 72), is granted.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzales
  United States Attorney
Jack E. Burkhead
Niki Tapia-Brito
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Samuel L. Winder
Law Office of Samuel L. Winder, LLC
Albuquerque, New Mexico

    *Attorney for the Defendant*