IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                                         No. CR 10-3463 JB

EDDIE CHACO, JR.,

    Defendant.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the United States' Motion for Writ of Habeas Corpus Ad Prosequendum, filed July 28, 2011 (Doc. 45). The Court held a hearing on August 3, 2011. The primary issue is whether the Court should order the Clerk of this Court to issue a Writ of Habeas Corpus ad Prosequendum directing the Cibola County, New Mexico Sheriff, and Cibola County Detention Center, to surrender Anne Chaco to the United States Marshal's Office for the District of New Mexico or his authorized representative, and that the United States Marshal or his authorized representative be directed to bring A. Chaco to the United States Courthouse for the District of New Mexico for the purpose of providing witness testimony at trial in this case. Because Defendant Eddie Chaco, Jr. represented at the hearing that he no longer opposes the motion, the Court grants the motion.

**IT IS ORDERED** that the United States' Motion for Writ of Habeas Corpus Ad Prosequendum, filed July 28, 2011 (Doc. 45), is granted.

                                                                                   _____
                                                                                   UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzales
  United States Attorney
Jack E. Burkhead
Niki Tapia-Brito
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Samuel L. Winder
Law Office of Samuel L. Winder, LLC
Albuquerque, New Mexico

    *Attorney for the Defendant*